# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:05CR246-1 |
| JULIUS TYWODE DAVIS ) | USM No: 18544-058 |
| Date of Original Judgment: August 9, 2006 ) | |
| Date of Last Amended Judgment: July 30, 2009 ) | Federal Defender |
| | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ❏ the defendant ❏ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
❏ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __177 months__ **is reduced to** __122 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Original Offense Level: | 33 | Amended Offense Level: | 27 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Original Guideline Range: | 235 to 293 months | Amended Guideline Range: | 130 to 162 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is comparably less than the amended guideline range.
❏ The reduced sentence is above the amended guideline range.
■ Other (explain): Pursuant to 5K1.1 the original sentence was 94% of the low end of the GLR. Pursuant to Amendment 706 the sentence was reduced to 94% of the revised GLR, and the new sentence imposed herein is 94% of the GLR as now calculated under Amendment 750.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __August 9, 2006,__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: July 1, 2013

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge